UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LISA A. MCARDLE,

                Plaintiff,

  -v.-

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
-------------------------------------------------------------X

ORDER

19 Civ. 6859 (VEC) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    Defendants filed a motion to dismiss this action on December 18, 2019. Plaintiff's response was due January 2, 2020. On January 2, 2020, the plaintiff filed a letter seeking an extension of time to February 2, 2020, to respond to the motion to dismiss – specifically by filing an amended complaint. That motion was granted. As of today, however, plaintiff has not either filed an amended complaint or filed a response to the motion to dismiss.

    While she has not requested it, the Court will grant plaintiff an extension to February 24, 2020, to file either file an amended complaint or to file an opposition to the motion to dismiss. Any reply by defendants shall be due 14 days after plaintiff's filing.

    <u>Plaintiff is warned that if she fails to make the filing required by this Order on or before February 24, 2020, her case may be dismissed for failure to prosecute</u>.

    The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

    SO ORDERED.

Dated: February 10, 2020
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge